COLLEEN D. BARRY, ET AL. v. ARVIND H. PATAL.

March 10, 1987.

Petition for certification denied.

DONALD RHINESMITH v. STATE OF NEW JERSEY,
DEPARTMENT OF CORRECTIONS.

March 10, 1987.

Petition for certification denied.

MURJO REALTY ASSOCIATES, ETC. v. LASTELLA
ENTERPRISES, INC., ETC., ET AL.

March 10, 1987.

Petition for certification denied.

CECELIA O'TOOLE v. BOARD OF EDUCATION OF THE
BOROUGH OF RAMSEY, BERGEN COUNTY.

March 10, 1987.

Petition for certification denied. (See 212 *N.J.Super.* 624)